No. 156. DISTILLERS FACTORS CORP. *v.* JACOBS, RECEIVER IN BANKRUPTCY. C. A. 3d Cir. Certiorari de-

nied. *Archibald Palmer* and *Max L. Rosenstein* for petitioner. *Morris M. Schnitzer* for respondent.